UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ALLAINA BRACKENRIDGE, ET AL.,**

  Plaintiffs,

v.                                   **No. 4:25-cv-01288-P**

**WELLS FARGO BANK N.A., ET AL.,**

  Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On December 12, 2025, the United States Magistrate Judge issued two separate Findings, Conclusions, and a Recommendations ("FCR") in this case. ECF Nos. 8 and 9. The first FCR recommended the Court dismiss this case without prejudice for lack of subject matter jurisdiction. ECF No. 8 at 1. The second FCR recommended the Court (1) declare Plaintiffs vexatious litigants; (2) warn Plaintiffs that monetary sanctions may be imposed for future vexatious litigation considered to be abusive and harassing in nature; and (3) order Plaintiffs to obtain leave to court by filing a motion before Plaintiffs are permitted to file any additional complaints in this district or remove any cases to this district.

Plaintiffs do not object to the first FCR, which recommended dismissal of this case without prejudice. Accordingly, having conducted a plain error review, the Court will **ACCEPT** and **ADOPT** the reasoning in the Magistrate Judge's first FCR. Plaintiffs' claims against Defendants are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

Plaintiffs filed an objection to the second FCR which recommended declaring them vexatious litigants, among other things, on December 16, 2025. ECF No. 24. As a result, the Court conducted a *de novo* review

of the second FCR. Plaintiff, Windell Brackenridge, raises the following objections to the second FCR:

- No Finding of Bad Faith or Abusive Intent.
- Improper Attribution of Removed and Consolidated Cases.
- Bankruptcy Case is Legally Irrelevant.
- Lack of Individualized Findings as to Windell.
- Lack of Narrow Tailoring.

Plaintiff, Allaina Brackenridge, raises the following objections to the second FCR:

- Removed Cases Should Not Be Weighed the Same as Voluntary Federal Filings.
- Document 9 Does Not Make the Required, Specific Findings to Support a Pre-Filing Injunction.
- Any Restriction Must Be Narrowly Tailored; Document 9 Recommended Restriction is Overbroad.

Having reviewed the FCR, objections, and the applicable law, the Court **ACCEPTS** and **ADOPTS** the reasoning in the Magistrate Judge's FCR, and **OVERRULES** Plaintiffs' objections because just as the Magistrate Judge recognized, Plaintiffs' "behavior only serves to abuse and waste limited judicial resources and needlessly harass the opposing parties." Accordingly, the Court **ORDERS** that Windell Brackenridge and Allaina Brackenridge: (1) be declared vexatious litigants; (2) be warned that monetary sanctions may be imposed for future vexatious litigation considered to be abusive and harassing in nature; and (3) be ordered to obtain leave to court by filing a motion before either Plaintiff is permitted to file any additional complaints in this district or remove any cases to this district.

**SO ORDERED** on this **17th day of December 2025.**

*Mark T. Pittman*
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE